[No. 12123-2-III. ₀ Division Three. April 19, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
LEON GOODRICH, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 89-1-00465-9, John E. Bridges, J., entered Janu-
ary 6, 1994. *Dismissed* by unpublished opinion per Schul-
theis, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 12445-2-III. Division Three. April 19, 1994.]

ROY SAMUELSON, *Respondent*, v. BRADER HAULING
SERVICES, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 91-2-00761-5, Susan L. Hahn, J., entered May 1,
1992. *Affirmed* by unpublished opinion per Schultheis, J.,
concurred in by Thompson, C.J., and Sweeney, J.

[No. 15735-7-II. Division Two. April 21, 1994.]

THE DEPARTMENT OF CORRECTIONS, ET AL, *Appellants*,
v. DAVID KUHN, *Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 88-2-01305-2, Paula Casey, J., entered
January 8, 1992. *Reversed* by unpublished opinion per Alex-
ander, J., concurred in by Morgan, C.J., and Seinfeld, J.

. [No. 15480-3-II. Division Two. April 21, 1994.]

WEST BAY MARINE CENTER, INC., *Appellant*, v. PETER
MANSFIELD, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 91-2-01780-5, Paula Casey, J., entered
October 28, 1991. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Seinfeld, A.C.J., and Alexan-
der, J.